IN THE AKRON MUNICIPAL COURT
SUMMIT COUNTY, OHIO

STATE OF OHIO
SUMMIT COUNTY                               SEARCH WARRANT
CITY OF AKRON

v.

926 NORTH FIRESTONE BOULEVARD AKRON 44306
SUMMIT COUNTY, OHIO

CITY OF AKRON, COUNTY OF SUMMIT, OHIO, SS:

TO: Detective Mike Schmidt #1151 or any law enforcement officer with authority:

From affidavit(s) sworn to before a judge of record, I, as Judge of this Court of Record, find that grounds exist for the issuing of this warrant.

YOU ARE COMMANDED TO SEARCH, within the territorial jurisdiction of this Court and within three (3) days, the following person and/or place, and seize the following property:

PERSON AND/OR PLACE TO BE SEARCHED: 926 North Firestone Boulevard, Akron 44306, Summit County, Ohio. The premises are further described as being a tan with red trim, one and half story, single family dwelling, which faces north toward North Firestone Boulevard. The numerals "926" are black in color and are located on the face of front porch. The residence is located on the south side of North Firestone Boulevard. The driveway is located on the east side of the premises. There is a one car dettached garage located on the southeast side of the structure. The curtilage including a 2007 Chryslar 300 bearing Ohio registration #GMA-2869 and persons described within said affidavit are also to be searched.

PROPERTY TO BE SEARCHED FOR AND SEIZED: heroin, firearms, currency, records, and documents (including those stored electronically), cellular phones, including cellular phone 330-815-4514, measuring and processing equipment related to drug trafficking.

THIS WARRANT SHALL BE SERVED:
[X] Only in the daytime (between 7:00 a.m. and 8:00 p.m.)

[ ] Based upon the affidavit(s) a night time search is authorized.

You shall make prompt return of this warrant, accompanied by an inventory of any property taken, to the undersigned Judge.

DATE 4/27/15 at 1:40 p.m. _____
JUDGE, Akron Municipal Court

IN THE AKRON MUNICIPAL COURT
SUMMIT COUNTY, OHIO

STATE OF OHIO )
CITY OF AKRON ) SS: AFFIDAVIT FOR SEARCH WARRANT
SUMMIT COUNTY )

Detective Mike Schmidt #1151, being first duly sworn according to law, deposes and says that he believes and has good cause to believe that a Schedule I Controlled Substance, to-wit: heroin, firearms, U.S. Currency, records and documents, as well as measuring and processing devices related to drug trafficking, being illegally possessed within 926 North Firestone Boulevard, Akron 44306, Summit County, Ohio. The premises are further described as being a tan with red trim, one and half story, single family dwelling, which faces north toward North Firestone Boulevard. The numerals "926" are black in color and are located on the face of front porch. The residence is located on the south side of North Firestone Boulevard. The driveway is located on the east side of the premises. There is a one car dettached garage located on the southeast side of the structure. The curtilage including a 2007 Chryslar 300 bearing Ohio registration #GMA-2869 and persons described within said affidavit are also to be searched.

If found, such controlled substance heroin, U.S. Currency, records and documents (including those stored electronically), cellular phones, including cellular phone 330-815-4514, as well as measuring and processing devices will be seized and used as evidence in the prosecution of the person found in control for a violation of Section 2925.11 of the Ohio Revised Code, "Possession of Drugs".

THIS KNOWLEDGE IS BASED UPON THE FOLLOWING FACTS:

1. Affiant is a member of the Akron Police Department, and has been so employed for the past 18 years. Affiant's current assignment is with the Akron Narcotics Detail.

2. On April 27 an April 24, 2015, Affiant observed a 2007 Chrysler 300 bearing Ohio Registration GMA-2869, parked in the driveway on 926 North Firestone Boulevard in the early morning hours. Affiant is aware that this vehicle is registered to Avie R. Thomas. Affiant is aware that according to Summit County Jail Booking Reports, Ryan Sumlin lists Avie Thomas as his mother.

3. Affiant is aware through First Energy Utility records that the electric utilities for 926 North Firestone Boulevard are in the name of Mariah Bagley XXX-XX-8025. Affiant is aware through Summit County Jail Booking Records that Ryan Sumlin lists Mariah Bagley as his girlfriend.

4. Affiant is aware that on April 4 2015, Akron Police were dispatched to 926 North Firestone Boulevard reference a report on an assault. The notes to the call state that the caller's daughter, Maria Bagley, was beaten up by her boyfriend, Ryan Sumlin. The notes further state the two have a child in common and that Ryan Sumlin lives at the residence on Firestone Boulevard.

5. Affiant is aware that on March 28, 2015, Akron Police were dispatched to 634 Sumatra Avenue reference a suspected heroin overdose death. Carrie Dobbins DOB 10/10/91 was found unresponsive in the basement bedroom of her mother's house. Det. J. Leslie and Det. B.

Surblis responded to the scene and observed several syringes, metal spoons, drug packaging and Dobbins cell phone in the bedroom. The items discovered are indicative of heroin use. Affiant is aware that Det. J. Leslie spoke with Amanda Kelly, the sister of Carrie Dobbins, on March 28, 2015. Kelly stated to Leslie that she was over her mother's house at approximately 0845 hrs on this date and observed a Chrysler 300 with tinted windows in the driveway of 634 Sumatra. Kelly stated that the vehicle belongs to a heroin dealer she knows as "TJ". Kelly went inside of the residence and saw her sister and "TJ" sitting in the living room. Kelly stated that she is a recovering heroin addict and when she was using heroin she would purchase it from "TJ". Kelly further stated that "TJ" sells heroin to her sister Carrie Dobbins. Kelly advised me that "TJ" uses the cell phone number 330-815-4514. Kelly further stated that "TJ" has a Facebook page name of "RYO Boyer". Det. Harvey identified the Facebook page and found that in the section "About" on this Facebook page, the contact email is facebook.com/ryansumlin.

6. On April 13, 2015, Affiant met with Amanda Kelly at the Akron Police Department. Kelly identified Ryan Sumlin as the person that she knows as "TJ" and is the same person she has purchased heroin from in the past. Sumlin is also the individual that Kelly saw at the residence with her sister the day she passed away.

7. Affiant is aware that through Dobbins cell phone there are text messages to and from a contact listed as "TJ" with the phone number 330-815-4514. Dobbins contacted "TJ" at 0609 hrs on March 28, 2015. At 0611 hrs Dobbins sends a text messages asking for "TJ" if he will come and see her. "TJ" responds asking how much and Dobbins responds "35". At 0614 hrs "TJ" responds that he is on his way. Dobbins tells "TJ" to come at 0645 hrs because that is when her mother leaves the house. Affiant spoke with Julie Dobbins, who is the mother of Carrie Dobbins, and she stated that when her friend picked her up at her residence a little before 0700 hrs on March 28, 2015, she observed a dark colored Chrysler vehicle parked on the side street next to her house. Affiant is aware of a text message sent from Dobbins phone to "TJ" telling him to park on the side street with the lights off and that her mother's friend is on the way to the house to pick her mother up.

8. Affiant is aware that illegal drug transactions involve the transfer of large quantities of cash and that in the affiant's experience such transactions involve records and documents relating to drug sales and accompanying cash transfers.

9. Affiant, through personal experience and training, is aware that individuals involved in the illegal activity of trafficking in controlled substances maintain their own security by use of firearms and other weapons. Affiant requests authority to search all individuals coming into the premises or who are on the curtilage or within the premises at the time of the execution of the search warrant in order to insure the safety of such individuals, the investigating officers and innocent persons.

10. Personal knowledge of the affiant that persons involved in drug trafficking often keep written records of such drug transactions and equipment and scales used for the processing and packaging of drugs for sale.

11. Personal knowledge of the affiant that the Controlled Substance, heroin, is easily disposed of because of it's characteristics (lack of bulk, texture and it's flammability) and has noted through his experience and training that even relatively large quantities of heroin may be disposed of by burning for flushing down the commode, and act which can be done in seconds. Though this affiant will fully comply with notice of entry and authority to search, the affiant maintains that the circumstances enumerated (easy disposal by burning or flushing) herein mandate that a swift entrance into the above described premises is essential to avoid the destruction of evidence, and to protect the safety of all parties involved.

12. Personal knowledge of the Affiant that the controlled substance, heroin, may be possessed in quantities which are relatively low in bulk and weight and are easily secreted within the clothing of the possessor, a search of the occupants of the house is thereby necessary.

13. Affiant is aware that Ryan Sumlin DOB 9/1/1988, has prior arrests for Parole Violations, Possession of Cocaine, Possession of Heroin, Burglary, Failure to Comply with an order of a Police Officer, and Willful Fleeing. Affiant is further aware that Sumlin was arrested on June 28, 2014 and at the time was driving the 2007 Chrysler 300 mentioned in the above paragraphs.

_____ #1151

AFFIANT

Sworn to and subscribed in my presence by the above named Affiant this 27 day of April 2015.

_____

JUDGE

T/O 1028 HRS.
Rpt# 15-9267

IN THE AKRON MUNICIPAL COURT
SUMMIT COUNTY, OHIO

STATE OF OHIO )
CITY OF AKRON ) SS      SEARCH WARRANT NO.
SUMMIT COUNTY )
     v.      RECEIPT/INVENTORY

926 NORTH FIRESTONE BOULEVARD AKRON 44306
SUMMIT COUNTY, OHIO

1. I have received from 926 NORTH FIRESTONE BOULEVARD AKRON 44306, Summit County, Ohio, the person or place named in the search warrant, the property described below.
2. This Receipt/Inventory was made in the presence of (Complete A and/or B):
   A. All the following persons who were present at the place where the search was made:

   ☐ The Applicant for the search warrant.

   ☐ The person from whose possession or place the property was taken.

   B. _____, a credible person, because one or both of the above persons were not present.

3. A copy of this Receipt/Inventory was:
   ☐ given to the person from whose possession or place the property was taken, or
   ☑ left at the place from which the property was taken.

| Item No. | Quantity | Description of Property taken | Room where found (and by whom) |
|---|---|---|---|
| 1 | 3 | 2 MEDIA DISK THUMB DRIVES SDCARDS | KITCHEN DRAWER 1326 |
| 2 | 14 | PINK PILLS FOR RYAN SUMLIN | " " 1326 |
| 3 | MISC- | PAPERWORK/PHOTOS | HOUSE 1326/993 |

(attach extra pages, if needed, and number them consecutively.)
Date 4/28/15      Officer taking property 1176

VERIFICATION

STATE OF OHIO, SUMMIT COUNTY, CITY OF AKRON: SS

Det. /January 1176 _____, the above officer taking property, being duly sworn, says that the information in the above Receipt/Inventory is true.

_____ 1176
Officer taking property

Sworn to before me and subscribed in my presence on 4-30 , 2015.

Page No. 1 of 2      _____
JUDGE, Akron Municipal Court

IN THE AKRON MUNICIPAL COURT
SUMMIT COUNTY, OHIO

STATE OF OHIO )
CITY OF AKRON ) SS     SEARCH WARRANT NO.
SUMMIT COUNTY )
    v.     RECEIPT/INVENTORY
926 NORTH FIRESTONE BOULEVARD AKRON 44306
SUMMIT COUNTY, OHIO     (Additional Pages)

| Item No. | Quantity | Description of Property taken | Room where found (and by whom) |
|---|---|---|---|
| 4 | 2 | Verizon / Motorola Cell Phones | Kitchen Counter 1326 |
| 5 | 1 | Bingle Vax Bro Powder | Sumlins Person 1143 |
| 6 | $2482 (4)100, (5)50, (91)20, (1)10 (2)1 Cash US Currency | | Sumlins Person 1143 |
| 7 | 1 | Drug Press | Refrigerator 945 |
| 8 | — | 48 grams Heroin | In Famous Box Basement 86 |
| 9 | 1 | Surgical Balance Scale | " " " 863 |
| 10 | 1 | Ham Block Grinder | " " " 863 |
| 11 | 3 | Glassware w/ Residue | " " " 863 |
| 12 | $11920 $12720.00 | Scale, Powd Sugar, Press Cash US Currency | Basement Shelf 1326 |
| 12A | — | Bag Containing Molly | " " 1326 |
| 13 | 3 | LG, Motorola, Verizon Cell Phones | Found in Chrysler 300 114 Driveway |
| 14 | 1 | Press in Suitcase | Basement Floor 863 |
| 15 | 3 | Motorola, Samsung, LG, Keys | In Sumlin Vehicle 1143 and Person |
| 16 | — | 190 grm Cocaine | Under Dining Room Hutch 863 |
| 17 | M3i | Paperwork | Found Chrys 300 1143 |
| 18 | 1 | Tray w/ Cocaine Residue | Under Hutch Dining Room 86 |

1176
TF

Page 2 of 2

IN THE AKRON MUNICIPAL COURT
SUMMIT COUNTY, OHIO

STATE OF OHIO
SUMMIT COUNTY                                    SEARCH WARRANT
CITY OF AKRON

v.

926 NORTH FIRESTONE BOULEVARD AKRON 44306
SUMMIT COUNTY, OHIO

CITY OF AKRON, COUNTY OF SUMMIT, OHIO, SS:

TO: Detective Mike Schmidt #1151 or any law enforcement officer with authority:

From affidavit(s) sworn to before a judge of record, I, as Judge of this Court of Record, find that grounds exist for the issuing of this warrant.

YOU ARE COMMANDED TO SEARCH, within the territorial jurisdiction of this Court and within three (3) days, the following person and/or place, and seize the following property:

PERSON AND/OR PLACE TO BE SEARCHED: 926 North Firestone Boulevard, Akron 44306, Summit County, Ohio. The premises are further described as being a tan with red trim, one and half story, single family dwelling, which faces north toward North Firestone Boulevard. The numerals "926" are black in color and are located on the face of front porch. The residence is located on the south side of North Firestone Boulevard. The driveway is located on the east side of the premises. There is a one car dettached garage located on the southeast side of the structure. The curtilage including a 2007 Chryslar 300 bearing Ohio registration #GMA-2869 and persons described within said affidavit are also to be searched.

PROPERTY TO BE SEARCHED FOR AND SEIZED: heroin, firearms, currency, records, and documents (including those stored electronically), cellular phones, including cellular phone 330-815-4514, measuring and processing equipment related to drug trafficking.

THIS WARRANT SHALL BE SERVED:
[X] Only in the daytime (between 7:00 a.m. and 8:00 p.m.)

[ ] Based upon the affidavit(s) a night time search is authorized.

You shall make prompt return of this warrant, accompanied by an inventory of any property taken, to the undersigned Judge.

DATE 4/27/15 at 1:40 p.m.  _____
                            JUDGE, Akron Municipal Court