IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:15 CR 319 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| -vs- | ) | |
| | ) | MEMORANDUM OPINION |
| RYAN K. SUMLIN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This case is before the Court on Defendant, Ryan Sumlin's Motion for Reconsideration; Rule 60(b)(6). (ECF #228). Mr. Sumlin's 60(b) motion sought relief under Fed. R. Civ. P. 60(b) (6) or "any other reason that justifies relief." The Court construed the motion as a second or successive motion §2255, and transferred the motion to the Sixth Circuit to obtain authorization for its consideration.  The Sixth Circuit accepted that this was a second or successive motion under §2255 and determined that no authorization was warranted.  There is no reason for this Court to reconsider the motion, or its determination that the motion constituted a second or successive motion under § 2255.  Further, as the Sixth Circuit has ruled that the motion did not warrant consideration under 28 U.S.C. § 2255(h), this Court has no authority to review the merits of the motion.  For these reasons, Mr. Sumlin's Motion for Reconsideration is DENIED.  IT IS SO ORDERED.

Date: August 26, 2024

Donald C. Nugent
United States District Judge